Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAYNE C. PAYTON-STOUTENBURG,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 2:26-cv-01448-GMN-BNW |

## ORDER

Upon consideration of Defendant's Motion for Extension of Time to Respond to the Complaint, and finding good cause under Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, it is

**ORDERED** that the Defendant's Motion for Extension of Time to Respond to the Complaint (ECF No. 7) is GRANTED; and

**FURTHER ORDERED** that Defendant's Response to the Complaint is due on or before June 17, 2026.

_____
Brenda N. Weksler
United States Magistrate Judge

DATED: May 20, 2026

3